No. 10–10008. FIORANI *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. ■

No. 10A894. CAP SOO HAN *v.* HOLDER, ATTORNEY GENERAL. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–2508. IN RE DISBARMENT OF MUNROE. Disbarment entered. [For earlier order herein, see 562 U.S. 810.]

No. D–2510. IN RE DISBARMENT OF SPARGO. Disbarment entered. [For earlier order herein, see 562 U.S. 810.]

No. D–2511. IN RE DISBARMENT OF DEJONG. Disbarment entered. [For earlier order herein, see 562 U.S. 810.]

No. D–2513. IN RE DISBARMENT OF ROMEO. Disbarment entered. [For earlier order herein, see 562 U.S. 810.]

No. D–2514. IN RE DISBARMENT OF BLEECKER. Disbarment entered. [For earlier order herein, see 562 U.S. 810.]

No. D–2515. IN RE DISBARMENT OF CALLEGARY. Disbarment entered. [For earlier order herein, see 562 U.S. 811.]

No. D–2516. IN RE DISBARMENT OF GILLAND. Disbarment entered. [For earlier order herein, see 562 U.S. 811.]

No. D–2517. IN RE DISBARMENT OF PEPYNE. Disbarment entered. [For earlier order herein, see 562 U.S. 811.]

No. D–2518. IN RE DISBARMENT OF FINNERAN. Disbarment entered. [For earlier order herein, see 562 U.S. 811.]

No. D–2519. IN RE DISBARMENT OF NGOBENI. Disbarment entered. [For earlier order herein, see 562 U.S. 811.]